covered therein, one of which is Section 98 herein involved. The purpose of the act was to comply with the mandatory guidelines set forth in Duncan v. State of Louisiana, 391 U.S. 145, 88 S.Ct. 1444, 20 L.Ed. 2d 491, regarding the right to a jury trial in certain misdemeanor cases where the penalty may be imprisonment in excess of six months. See State v. Smith, 254 La. 78, 222 So.2d 864 (1969).

263 So.2d 727

**STATE of Louisiana ex rel. Rudolph E. HARRISON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52606.

June 29, 1972.

Writ denied. There is no error of law in the decision of the trial judge.

263 So.2d 727

**BIG A SAND & GRAVEL CO., INC. and A. T. Sanders, Jr.**

v.

**BAY SAND & GRAVEL CO., Inc., et al.**

No. 52612.

June 29, 1972.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.